# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Waddell Bynum Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00091-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Dominos Pizza, Inc., et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2020 Order.

July 8, 2020

Frank G. Johns, Clerk
United States District Court